# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:07-CV-339-FDW-DCK

| | |
|---|---|
| **CLEAR BLUE, INCORPORATED,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| **CLEAR!BLUE, LLC,** | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Parties Report On Agreement To Mediator And Mediation Date" (Document No. 32), filed May 21, 2008. Based on the parties' joint report and for good cause shown, the undersigned will extend the time for a mediated settlement conference.

**IT IS, THEREFORE, ORDERED** that the parties shall participate in a mediated settlement conference, conducted by Mr. Karl Sawyer, on or before **June 27, 2008**. A report on the results of that mediation shall be filed with the Court on or before **June 30, 2008**.

**IT IS FURTHER ORDERED** that the following deadlines previously designated by the Court shall remain in effect:

| | | |
|---|---|---|
| Motions Deadline | - | June 1, 2008; |
| Dispositive Motions Hearing | - | Week of August 4-8, 2008; |
| Final Pretrial Conference | - | Week of August 25-29, 2008; |
| Trial | - | Term commencing September 8, 2008. |

**SO ORDERED**.

Signed: May 22, 2008

_____
David C. Keesler
United States Magistrate Judge