IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CV339-FDW-DCK

| | |
|---|---|
| CLEAR BLUE, INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CLEAR!BLUE, INC., ) | |
| and CLEAR!BLUE, LLC, f/k/a ) | |
| CLEAR!BLUE, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court upon the motion of Defendant and Alston & Bird LLP, counsel for Defendant, for the admission of Jeffrey P. Thennisch, attorney with Dobrusin & Thennisch, P.C. of Pontiac, Michigan, to appear *pro hac vice* on behalf of Defendant, filed June 10, 2008.

Upon careful review and consideration, this Court will grant Mr. Thennisch's application.

It is, therefore, ordered that Defendant's and Alston & Bird's motion for attorney Jeffrey P. Thennisch to appear *pro hac vice* is hereby **GRANTED**.

Signed: June 12, 2008

David C. Keesler
United States Magistrate Judge