# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| CLEAR BLUE, INCORPORATED, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No. 3:07CV339-FDW-DCK <br> vs. ) <br> ) <br> CLEAR!BLUE, INC., a Michigan corporation, and ) **JUDGMENT** <br> CLEAR!BLUE, LLC, a Michigan limited liability ) <br> company, f/k/a CLEAR!BLUE, INC., ) <br> ) <br> Defendants. ) <br> ) | |

This action came on for trial before the Court and a jury, the Honorable Frank D. Whitney presiding, the issues having been duly tried, and the jury having rendered its verdict on October 3, 2008;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Plaintiff Clear Blue, Incorporated shall have and recover from the Defendants Clear!Blue, Inc. and Clear!Blue, LLC, jointly and severally, in accordance with the verdict, the sum of $2,000,000 (Two Million Dollars) plus interest at the legal rate until satisfied.

**IT IS SO ORDERED.**

Signed: October 6, 2008

Frank D. Whitney
United States District Judge